**Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000664
21-APR-2020
08:27 AM**

NO. CAAP-16-0000664

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


KENNETH M. SKAHAN, Claimant-Appellant,
v.
STUTTS CONSTRUCTION COMPANY, LTD., Employer-Appellee,
and
FIRST INSURANCE COMPANY OF HAWAII, LTD.,
Insurance Carrier-Appellee


APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO.: AB 2014-041 (WH); DCD NO.: 9-13-45106(M))


ORDER DENYING THE APRIL 13, 2020 MOTION
FOR RECONSIDERATION AND DISMISSING THE
APRIL 14, 2020 MOTION FOR RECONSIDERATION
(By:  Ginoza, Chief Judge, Leonard and Wadsworth, JJ.)

Upon consideration of "Appellant's Motion for Reconsideration of the April 1, 2020 Summary Disposition Order", filed on April 13, 2020, and a similar motion filed on April 14, 2020, by self-represented Claimant-Appellant Kenneth M. Skahan (**Skahan**), the papers in support, and the record, it appears that:

(1)  In the April 13, 2020 motion, Skahan seeks reconsideration of the court's April 1, 2020 Summary Disposition Order, but fails to raise any point of law or fact overlooked or misapprehended in the Summary Disposition Order.  See Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 40(b).

(2)  The April 14, 2020 motion is untimely under HRAP Rule 40(a).

Therefore, IT IS HEREBY ORDERED that the April 13, 2020 motion is denied.

IT IS FURTHER ORDERED that the April 14, 2020 motion is dismissed as untimely.

DATED:  Honolulu, Hawaiʻi, April 21, 2020.


/S/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge